UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDRE BOYER,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL MEDICAL SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 97-3268 (AET-LHG)<br><br>OPINION<br><br>RECEIVED<br><br>NOV 2 4 2015<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

**Thompson, District Judge**

    1.    On June 24, 1997, Plaintiff Andre Boyer filed a pro se complaint in this Court. (ECF No. 1).

    2.    The Honorable Garrett E. Brown, Jr., D.N.J., after appointing pro bono counsel for Plaintiff, denied Defendants' motion to dismiss the complaint and administratively terminated the complaint on June 2, 1998. (ECF. Nos. 26, 28).

    3.    Over ten years later, Plaintiff began writing to the Court requesting to reopen his case. (ECF Nos. 32-33).

    4.    Chief Judge Brown denied Plaintiff's request on November 18, 2009, as Plaintiff had not set forth a valid basis for reopening the case. (ECF No. 34).

    5.    The Order also informed Plaintiff that if he wanted to pursue relief in this Court "for alleged violation of his constitutional rights by persons acting under color of state law, he may do so by filing a new complaint . . . ." (ECF No. 34). The Court instructed the Clerk of the Court to provide Plaintiff with a blank civil rights complaint form and application to proceed *in forma pauperis*.

6. Since that Order, Plaintiff and others on his behalf have written over twenty (20) letters to the Court seeking to reopen the original complaint.

7. This matter having been reassigned to this Court, Plaintiff is advised that this complaint is **closed** and **shall not be reopened**.

8. If Plaintiff would like to pursue alleged violations of his constitutional rights, he may do so by filing a **new** complaint. The Clerk of the Court shall be instructed to provide Plaintiff with a blank civil rights complaint form and application to proceed *in forma pauperis*.

9. Plaintiff may reapply for the appointment of counsel in the event he elects to file a new complaint.

10. Plaintiff is further advised that the Court will not respond to any further letters filed in this action. He must file a new complaint, to be assigned a new docket number, if he would like to pursue any further federal claims.

11. An appropriate Order follows.

_11/24/15_
Date

_Anne E. Thompson_
ANNE E. THOMPSON
U.S. District Judge